1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ANDREW HILLSTRAND, JOHNATHAN HILLSTRAND, JOSHUA HARRIS, and JACOB HARRIS, | No. 12-1565 |
|---|---|
| Plaintiff | NOTICE OF APPEARANCE |
| v. | (Clerk's Action Required) |
| CATCH PLANET, LLC d/b/a CATCH PLANET and TRAVIS ARKET, | |
| Defendants | |

TO:    CLERK OF THE COURT

AND TO:    Edward A. Ritter, III. Esq., attorneys of record for Andrew Hillstrand, Johnathan Hillstrand, Joshua Harris and Jacob Harris.

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that the above named Defendants, without waiving any defenses whatsoever, including but not limited to the defenses referred to in F.R.C.P. 12, hereby enters an appearance in the above-captioned matter and requests

NOTICE OF APPEARANCE -Page 1 of 3

SMITH LAW PARTNERSHIP LLP
1191 2nd Ave., Suite 1800
Second And Seneca Building
Seattle, WA 98101
Telephone: (206) 625-3009  Fax: (206) 464-0125

541 ld260301

1  that all further papers and pleadings, except original process, be served upon the undersigned
2  attorneys at 1191 Second Avenue, Suite 1800, Seattle, Washington 98101.
3  DATED this 11th day of December, 2012.

4  **SMITH LAW PARTNERSHIP LLP**

5  _____
6  Mark E. Smith, WSBA # 30924
   Attorneys for Defendants

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22  NOTICE OF APPEARANCE - Page 2 of 3
23

541 ld260301

**SMITH LAW PARTNERSHIP LLP**
1191 2nd Ave., Suite 1800
Second And Seneca Building
Seattle, WA 98101
Telephone: (206) 625-3009   Fax: (206) 464-0125

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury of the laws of the State of Washington that I am of legal age and not a party to this action; that on the 11th day of December, 2012, I caused a copy of the foregoing to be delivered via:

☒ ABC Legal Messengers, Inc.
  Email transmission (courtesy only)
☒ Facsimile (courtesy only)

addressed to the following:

Andrew Hillstrand, Johnathan Hillstrand, Joshua Harris and
Jacob Harris
c/o Edward A. Ritter, II, Esq.
1609 308th St., S.E.
Bothell, WA 98012.

DATED this 11th day of December, 2012.

_____
Mark E. Smith

NOTICE OF APPEARANCE -Page 3 of 3

**SMITH LAW PARTNERSHIP LLP**
1191 2nd Ave., Suite 1800
Second And Seneca Building
Seattle, WA  98101
Telephone:  (206) 625-3009   Fax:  (206) 464-0125

541 ld260301