UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW HILLSTRAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CATCH PLANET, L.L.C., et al., <br><br> Defendants | NO. C12-1565RSL <br><br> **DEFENDANTS' FRCP 26(a)(1) DISCLOSURES** |

Defendants Catch Planet, L.L.C. and Travis Arket submit the following disclosures pursuant to FRCP 26(a)(1):

A. Pursuant to FRCP 26(a)(1)(A)(i), the following persons may have discoverable information that may be used to support the Defendants' defenses:

1. Travis Arket
   c/o Mark E. Smith
   Smith Law Partnership, L.L.P.
   12303 Harbour Pointe Blvd FF 104
   Mukilteo, WA 98275
   (206) 660-3318

FRCP 26(a)(1) DISCLOSURES- Page 1 of 4

**SMITH LAW PARTNERSHIP LLP**
12303 Harbour Pointe Blvd FF 104
Mukilteo, WA 98275
Telephone: (206) 660-3318

790 oa240203

Mr. Arket has knowledge of his and the actions of Catch Planet, L.L.C. with regard to the matters at issue in this case.

2. The Crab Broker
4039 21st W Ave 200, Seattle, WA 98199
(206) 283-3022

The Crab Broker may knowledge of information, concerning liability and damages issues in this case.

Defendants reserve the right to supplement this disclosure in accordance with the Court's scheduling orders, Federal Rule of Civil Procedure and Local Court Rules, as discovery is ongoing. Defendants' investigation continues and Defendants reserve the right to amend and supplement this disclosure with additional witnesses.

B. Pursuant to FRCP 26(a)(1)(A)(ii), the following are descriptions by category and location of documents, data compilations and tangible things available for inspection and copying that are in the possession, custody and control of Defendants that Defendants may use to support their defenses:

| Category | Location |
|---|---|
| 1. Intellectual property of Travis Arket and Catch Planet, L.L.C. | Smith Law Partnership, L.L.P. 12303 Harbour Pointe Blvd FF 104 Mukilteo, WA 98275 (206) 660-3318 |
| 2. Documentation of Catch Planet | Smith Law Partnership, L.L.P |

FRCP 26(a)(1) DISCLOSURES-
Page 2 of 4

**SMITH LAW PARTNERSHIP LLP**
12303 Harbour Pointe Blvd FF 104
Mukilteo, WA  98275
Telephone:  (206) 660-3318

| | |
|---|---|
| L.L.C.'s ownership rights in | 12303 Harbour Pointe Blvd FF 104 |
| intellectual property and merchandise | Mukilteo, WA 98275 |
| disputed in this matter and related | |
| expenses and sales of said merchandise. | |

Defendants reserve the right to supplement this disclosure in accordance with the Court's scheduling orders, Federal Rules of Civil Procedure and Local Court Rules, as discovery is ongoing.

C.  Pursuant to FRCP 26(a)(1)(A)(iii), documents related to the computation of damages are in the possession and control of Defendants and their attorneys.

Defendants reserve the right to supplement this disclosure in accordance with the Court's scheduling orders, Federal Rules of Civil Procedure and Local Court Rules, as discovery is ongoing.

D.  Pursuant to FRCP 26(a)(2), the following persons may be called to provide expert testimony:

1.  Experts and Unidentified Experts

Defendants do not anticipate calling any expert witnesses at this time.

Defendants reserve the right to supplement this disclosure in accordance with the Court's scheduling orders, Federal Rules of Civil Procedure and Local Court Rules, as discovery is

FRCP 26(a)(1) DISCLOSURES-
Page 3 of 4

**SMITH LAW PARTNERSHIP LLP**
12303 Harbour Pointe Blvd FF 104
Mukilteo, WA  98275
Telephone:  (206) 660-3318

1  ongoing. Defendants' investigation continues and Defendants reserve the right to amend and
2  supplement this disclosure with identification of expert witnesses.
3
4  DATED this 24th day of January 2013
5                           SMITH LAW PARTNERSHIP, L.L.P
6                           */s/ Mark E. Smith*
7                           Mark E. Smith, WSBA #30924
                            Attorneys for Defendants

FRCP 26(a)(1) DISCLOSURES-  
Page 4 of 4

**SMITH LAW PARTNERSHIP LLP**
12303 Harbour Pointe Blvd FF 104
Mukilteo, WA 98275
Telephone: (206) 660-3318

790 oa240203