UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW HILLSTRAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CATCH PLANET, L.L.C., et al., <br><br> Defendants | NO. C12-1565RSL <br><br> **NOTICE OF CHANGE OF ADDRESS** |

## NOTICE OF CHANGE OF ADDRESS

Attorney Mark E. Smith files this Notice of Change of Address in the above captioned case.  All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

SMITH LAW PARTNERSHIP, LLP
12303 Harbour Pointe Blvd FF 104
Mukilteo, WA 98275
marks@smithpartlaw.com
(206) 660-3318

Notice of Change of Address-Page 1 of 2

**SMITH LAW PARTNERSHIP LLP**
12303 Harbour Pointe Blvd FF 104
Mukilteo, WA  98275
Telephone:  (206) 660-3318

790 oa240204

**Certificate of Service**

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing to:

Mark F. Warzecha, mfw@legalteamusa.com and

Edward A. Ritter, III, edwrit@frontier.com

DATED this 25th day of January 2013

        SMITH LAW PARTNERSHIP, L.L.P

        */s/ Mark E. Smith*
        Mark E. Smith, WSBA #30924
        Attorneys for Defendants

Notice of Change of Address-Page 2 of 2

**SMITH LAW PARTNERSHIP LLP**
12303 Harbour Pointe Blvd FF 104
Mukilteo, WA  98275
Telephone:  (206) 660-3318

790 oa240204